| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James M Clayton |
| Debtor 2 (Spouse, if filing) | Valerie Clayton |
| United States Bankruptcy Court for the: Northern District of | Illinois (State) |
| Case number | 13-04599 |

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.

Court claim no. (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6963

**Property address:**
554 Truman Drive
Number   Street

Oswego, IL 60543
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*
- ☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim
- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*
- ☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next post-petition payment from the debtor(s) is due on: 06/01/2018
    MM/DD/YYYY

- ☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:
    a. Total post-petition payments due:                                              (a) $ _____
    b. Total fees, charges, expenses, escrow, and costs outstanding              +(b) $ _____
    c. **Total.** Add lines a and b                                                   (c) $ 0.00

    Creditor asserts that the debtor(s) are contractually
    Obligated for the post-petition payment(s) that first became
    Due on:                                                                    _____
                                                                                MM/DD/YYYY

| Debtor 1 | James M Clayton | | | Case number 13-04599 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Kinnera Bhoopal
   Signature

Date: 6/7/2018

Print: Kinnera Bhoopal
       First Name   Middle Name   Last Name

Title: Attorney for the Creditor

Company: McCalla Raymer Leibert Pierce, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1 N. Dearborn Suite 1200
         Number              Street

         Chicago, IL 60602
         City              State    Zip Code

Contact phone: (312) 348-9088 X5172

Email: Kinnera.Bhoopal@mccalla.com

| Debtor 1 | **James M Clayton** | Case number 13-04599 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

BANKRUPTCY CASE NO. 13-04599

CHAPTER 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE Response to the Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on the date listed below.

James M Clayton
554 Truman Drive
Oswego, IL 60543

Valerie Clayton
554 Truman Drive
Oswego, IL 60543

Robert Brynjelsen
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Glenn B Stearns, Trustee              *(served via ECF)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng              *(served via ECF)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____     By:    */s/Kinnera Bhoopal*_____
                (date)                            Kinnera Bhoopal, ILLINOIS BAR NO. 6295897
                                                  Attorney for the Creditor